UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

RECEIVED VIA MAIL

IN RE:  
GUILLERMO G. RIVAS  
DEISY RIVAS

CASE NO.  05-11149-BKC-AJC

JUL 26 2010

U.S. BANKRUPTCY CT.
SO. DIST. OF FLA.
MIAMI - OFFICE

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 16.42 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

( ) The trustee has a balance of $ .00 remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U. S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 2 3 2010

NANCY N. HERKERT  
CHAPTER 13 TRUSTEE

Copies to:

GUILLERMO G. RIVAS  
DEISY RIVAS  
11732 S.W. 12 ST.  
MIAMI, FL 33184

MARY REYES, ESQ.  
782 NW 42 AVE  
SUITE 147  
MIAMI, FL 33126

CAPITAL ONE BANK  
PO BOX 85167  
RICHMOND, VA 23285

U.S. Trustee  
51 S. W. 1st Avenue  
Miami, Florida 33130

```
                    UNITED STATES BANKRUPTCY COURT
                     SOUTHERN DISTRICT OF FLORIDA


    IN RE:                          CASE NO.  05-11149-BKC-AJC
    GUILLERMO G. RIVAS
    DEISY RIVAS

                                    CHAPTER 13


    GUILLERMO G. RIVAS
    DEISY RIVAS
    11732 S.W. 12 ST.
    MIAMI, FL 33184


    MARY REYES, ESQ.
    782 NW 42 AVE
    SUITE 447
    MIAMI, FL 33126


    CAPITAL ONE BANK         ---------$         16.42
    PO BOX 85167
    RICHMOND, VA 23285
                                     UNDELIVERABLE/STALE
                                     CLAIM REGISTER#  13

    U.S. Trustee
    51 S.W. 1st Avenue
    Miami, Florida 33130
```